UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD LINTELLI GARRETT,<br><br>                              Petitioner,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF WILLIAM H. GORE, et al.,<br><br>                              Respondents. | Case No.:  20cv0936 GPC (KSC)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.  He has paid the $5.00 filing fee.  (ECF No. 3.)

Because Petitioner is in custody in the San Diego County Jail awaiting trial, 28 U.S.C. § 2241, and not 28 U.S.C. § 2254, is the proper vehicle to challenge his detention. While Petitioner alleges he is being held in custody in violation of the United States Constitution, he is not currently in custody pursuant to a judgment of a state court.  As the Ninth Circuit has stated:

> Section 2254 is properly understood as "in effect implement[ing] the general grant of habeas corpus authority found in § 2241 as long as the person is in custody pursuant to the judgment of a state court, and not in state custody for some other reason, such as pre-conviction custody, custody

awaiting extradition, or other forms of custody that are possible without a conviction." [citations omitted.]

*White v. Lambert*, 370 F.3d 1002, 1006 (9th Cir. 2004) (quoting *Walker v. O'Brien*, 216 F.3d 626, 633 (7th Cir. 2000) (emphasis in original). Accordingly, if Petitioner seeks to challenge the constitutionality of his pre-trial detention, he must file a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, not 28 U.S.C. § 2254.

For the foregoing reasons, the Court **DISMISSES** this case without prejudice. If Petitioner wishes to challenge the constitutionality of his pre-trial detention he must file a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 which will be given a new case number. *The Clerk of Court shall send a blank Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 form to Petitioner together with a copy of this Order.*

**IT IS SO ORDERED.**

Dated:  June 18, 2020

Hon. Gonzalo P. Curiel
United States District Judge